IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID WILSON BROWN                                                              PLAINTIFF

v.                                 Case No. 3:11-CV-03114

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                            DEFENDANT

## J U D G M E N T

Currently before the Court is the Report and Recommendation (Doc. 8) filed in this case on November 9, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. The objection period has passed with no objections being filed by either party.

The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 4th day of December, 2012.

*s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE